UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

BRETT BOWDITCH,

        Plaintiff,                  Case No. 1:23-cv-780

v.                                           Honorable Ray Kent

SCOTT HODSHIRE et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:  August 3, 2023                          /s/ Ray Kent
                                                          Ray Kent
                                                          United States Magistrate Judge